JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL HAMPTON, ) | Case No. CV 19-5523-DDP (SP) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| ROBERT W. FOX, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: SEPTEMBER 23, 2022

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE